IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

URIYAAL ABDULLAH
MUSTAFA,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3050

Opinion filed December 4, 2015.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Uriyaal Abdullah Mustafa, pro se, Appellant.

Dorothy Ridgway, Acting General Counsel, Department of Corrections, Pamela Jo Bondi, Attorney General, and Holly Simcox, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, BILBREY, and WINOKUR, JJ., CONCUR.